**856**

In the Matter of Aaron Kolber, Respondent. New Diamond Point Pen Co., Inc., et al., Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Harriet Hirst, Respondent, v. Virginius B. Hirst, Appellant.— Upon the facts in this record we think the alimony allowed by the court at Special Term was excessive. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Charles Rosenblum et al., Respondents, v. Albert N. Greene et al., Partners Doing Business under the Name of Greene-Frankel Co. and Another Name, et al., Appellants, et al., Defendants.— 

Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Anna M. Elgar, Respondent, v. S. H. Kress & Co., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Lawrence Langer, Appellant, v. Dorcey A. Burns, Jr., Respondent, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Compania General de Tabacos de Filipinas, Appellant, v. National City Bank of New York, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Jesse J. Ozdoba, Appellant, v. David L. Shindler, Respondent.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

Hamilton Assets Corp., Respondent, v. Bronxville Trust Company, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ